**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01381-CV**

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM AND D/B/A METHODIST DALLAS MEDICAL CENTER, Appellant**

**V.**

**JESUS NIETO, RICHARDO FELIPE NIETO, JESSE NIETO, AND ORLANDO NIETO, EACH INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MARY JESSIE ALVAREZ, DECEASED, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02115**

## ORDER

Before the Court is appellees' December 27, 2018 unopposed motion for an eleven-day extension of time to file their brief. We **GRANT** the motion and extend the time to **January 22, 2019**.

/s/      DAVID EVANS
         JUSTICE